NUMBER 13-06-00708-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

IN THE INTEREST OF D. D. O., A CHILD


 ____________________________________________________________


On appeal from the 93rd District Court of Hidalgo County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Yañez and Rodriguez


Memorandum Opinion Per Curiam The appellant's brief in the above cause was due on December 3, 2007. By order
issued on November 1, 2007, this Court directed appellant to file her brief in this matter on
or before December 3, 2007. On June 4, 2008, the Clerk of this Court notified appellant
that her brief had not been timely filed and that the appeal was subject to dismissal for
want of prosecution under Texas Rule of Appellate Procedure 38.8(a)(1), unless within ten
days from the date of receipt of this letter, appellant reasonably explained the failure and
the appellee was not significantly injured by the appellant's failure to timely file a brief. 
After the Court obtained a new address for appellant, the Court again notified appellant
that her brief was overdue and requested a response. To date, appellant has neither filed
her brief in this matter nor otherwise responded to the Court's notices. 

 Appellant has failed to either reasonably explain her failure to file a brief, file a
motion for extension of time to file her brief, or file her brief. Accordingly, the appeal is
DISMISSED FOR WANT OF PROSECUTION. See Tex. R. App. P. 38.8(a), 42.3(b). 

 PER CURIAM


Memorandum Opinion delivered and 

filed this the 31st day of July, 2008.